FILED

2018 MAY 15 PM 2:49

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| ) | |
| Plaintiff, ) | JUDGE: |
| ) | 1:18 CR 239 |
| v. ) | CASE NO.: |
| ) | |
| AUSTIN C. SCOTT, ) | Title 18, Section 2252A(a)(5)(B), |
| ) | United States Code |
| Defendant. | |

JUDGE ADAMS

Count 1

The United States Attorney charges:

From on or about January 1, 2018 through on or about January 18, 2018, in the Northern District of Ohio, Eastern Division, defendant, AUSTIN C. SCOTT, did knowingly possess a cellular phone and access with intent to view his Discord account, that contained material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped

and transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

JUSTIN E. HERDMAN
United States Attorney

By: *[signature]*
EDWARD F. FERAN
Chief, General Crimes Unit